**No. 53407.**—The Loucraft Corp. *v.* United States, protests 114162–K, etc. (Minneapolis).

Opinion by JOHNSON, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

**No. 53408.**—Joseph S. Finch & Co., Inc., et al. *v.* United States, protests 115851–K, etc. (Pittsburgh).

Opinion by JOHNSON, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 53409.**—Schenley Distilleries, Inc. *v.* United States, protests 116655–K, etc. (San Francisco).

Opinion by JOHNSON, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

**No. 53410.**—Daniele & Co. et al. *v.* United States, protests 119286–K, etc. (New York).

Opinion by JOHNSON, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained

**No. 53411.**—The Old Quaker Co. et al. *v.* United States, protests 119503–K, etc. (Indianapolis).

Opinion by JOHNSON, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.